**FILED**

11/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0478

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 20-0478

_____

IN THE MATTER OF

L.H.,

     A Youth in Need of Care.

_____

**ORDER GRANTING EXTENSION OF TIME**

_____

On motion of counsel for Appellant Mother,

IT IS ORDERED that the Appellant Mother is granted an extension of time until Friday, January 8, 2021 to file and serve the opening brief on appeal. No further extensions will be granted for the opening brief.

The Clerk is directed to provide copies of this order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 16 2020